Thomas E. ATKINS, Appellant,

v.

Michael INSCO, Marvin Dycus, Pat Robb, and Dan Radke, Respondents.

No. WD 43461.

Missouri Court of Appeals, Western District.

Feb. 26, 1991.

Thomas E. Atkins, Florence, Ariz., pro se.

Carol C. Barnett, Asst. Pros. Atty., St. Joseph, for respondents.

Before TURNAGE, P.J., and LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from judgment on the pleadings in favor of respondents Insco and Dycus in civil rights action brought under 42 U.S.C. § 1983.

Judgment affirmed. Rule 84.16(b).